UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NOOPORN NGARMPROM,<br><br>Plaintiff,<br><br>v.<br><br>KIRSTJEN NIELSON, *et al.,*<br><br>Defendants. | CASE NO. C18-449 RSM<br><br>STIPULATED MOTION AND ORDER FOR VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

### JOINT STIPULATION

The parties stipulate and agree that this action may be voluntarily dismissed without prejudice, without costs or fees, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated this 30th day of July, 2017.

Law Offices of Bart Klein

 *s/ Bart Klein*
BART KLEIN, WSBA No. 10909
Law Offices of Bart Klein
605 First Avenue South, Suite 500
Seattle, Washington 98104
Phone: 206-624-3787
Email: bart.klein@bartklein.com

Attorney for Plaintiff

Dated this 30th day of July, 2017.

ANNETTE L. HAYES
United States Attorney

 *s/Michelle Lambert*
MICHELLE LAMBERT, WSBA No.
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Email: michelle.lambert@usdoj.gov

Attorney for Defendants

STIPULATION AND ORDER OF VOLUNTARY DISMISSAL
C18-004560- JCC - 1

LAW OFFICES OF BART KLEIN
605 FIRST AVENUE, SUITE 500
SEATTLE, WASHINGTON 98104
(206) 624-3787/624-6371 FAX

## **ORDER**

The parties having so stipulated, IT IS ORDERED that this case is voluntarily dismissed without prejudice, without fees or costs.

Dated this 31st day of July 2018.

*[signature]*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER OF VOLUNTARY DISMISSAL
C18-004560- JCC - 2

Law Offices of Bart Klein
605 First Avenue, Suite 500
Seattle, Washington 98104
(206) 624-3787/624-6371 Fax